UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANGELO DAVIS,

Petitioner,

v.

CASE NO. 4:24-CV-11257
HON. F. KAY BEHM

DOUGLAS TASSON,

Respondent.
________________________________/

# **JUDGMENT**

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: September 30, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge